Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21550 Oxnard St. Suite 780,
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO HERNANDEZ, individually and on behalf of all other similarly situated, | ) Case No.  8:17-cv-0637-AG-DFMx )  ) **JOINT STIPULATION OF** ) **DISMISSAL OF ACTION WITH** |
| Plaintiff, | ) **PREJUDICE AS TO THE NAMED** ) **PLAINTIFF AND WITHOUT** |
| vs. | ) **PREJUDICE AS TO THE** ) **PUTATIVE CLASS** |
| FRANKLIN COLLECTION SERVICE, INC., and DOES 1 through 10, inclusive, | ) ) ) ) |
| Defendant. | |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss this matter with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorney fees.   A proposed order has been concurrently submitted to this Court.

//

//

1

2

Respectfully submitted this 31st Day of July, 2017,

3

By: s/Todd M. Friedman, Esq.

4

TODD M. FRIEDMAN

Attorney for Plaintiffs

5

6

By: s/ Anthony P. J. Valenti, Esq.

7

ANTHONY P.J. VALENTI

Attorneys for Defendant

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Filed electronically on this 31st Day of July, 2017, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable Andrew J. Guilford
United States District Court
Central District of California

And all counsel registered on ECF.

This 31st Day of July, 2017.

s/Todd M. Friedman, Esq.
TODD M. FRIEDMAN