JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO HERNANDEZ, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> FRANKLIN COLLECTION SERVICE, INC., and DOES 1 through 10, inclusive, <br><br> Defendant. | Case No. 8:17-cv-0637-AG-DFMx <br><br> **ORDER** |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties this matter is dismissed with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and attorneys' fees.

    Dated this 31st day of July, 2017.

_____
The Honorable Andrew J. Guilford